STATE OF NEW JERSEY v. RALPH COCCHI.

February 14, 1979. Petition for certification denied.

STATE OF NEW JERSEY v. MC COY WHITAKER.

February 14, 1979. Petition for certification granted.

STATE OF NEW JERSEY v. ROBERT LEE ROULHAC.

February 14, 1979. Petition for certification denied.

ALPHA FARM, INC. v. FRANK PULLEN.

February 14, 1979. Petition for certification denied.

STATE OF NEW JERSEY v. EDWARD REED.

February 14, 1979. Petition for certification denied.

DOROTHEA B. MC GORTY v.
WEEHAWKEN BOARD OF EDUCATION.

February 14, 1979. Petition for certification dismissed as having been improvidently granted.